Exhibit 1

| Provider # | Nursing Home Name | ADDRESS | CITY | STATE | ZIP | Chain / Ownership | Confirmed Dates of Ownership |
|---|---|---|---|---|---|---|---|
| 555297 | MANORCARE HEALTH SERVICES-HEMET | 1717 WEST STETSON AVENUE | HEMET | CA | 92545 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to -- |
| 555328 | MANORCARE HEALTH SERVICES (FOUNTAIN VALLEY) | 11680 WARNER AVENUE | FOUNTAIN VALLEY | CA | 92708 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to -- |
| 555339 | MANORCARE HEALTH SERVICES-PALM DESERT | 74-350 COUNTRY CLUB DRIVE | PALM DESERT | CA | 92260 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to -- |
| 555444 | MANORCARE HEALTH SERVICES (SUNNYVALE) | 1150 TILTON DRIVE | SUNNYVALE | CA | 94087 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to -- |
| 555446 | MANORCARE HEALTH SERVICES-WALNUT CREEK | 1226 ROSSMOOR PARKWAY | WALNUT CREEK | CA | 94595 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to -- |
| 555710 | MANORCARE HEALTH SERVICES - TICE VALLEY | 1975 TICE VALLEY BLVD. | WALNUT CREEK | CA | 94595 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to -- |
| 65241 | MANORCARE HEALTH SERVICES - DENVER | 290 SOUTH MONACO PARKWAY | DENVER | CO | 80224 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to -- |
| 65267 | MANORCARE HEALTH SERVICES - BOULDER | 2800 PALO PARKWAY | BOULDER | CO | 80301 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to -- |
| 85028 | MANORCARE HEALTH SERVICES - WILMINGTON | 700 FOULK ROAD | WILMINGTON | DE | 19803 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to -- |
| 85033 | MANORCARE HEALTH SERVICES - PIKE CREEK | 5651 LIMESTONE ROAD | WILMINGTON | DE | 19808 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to -- |
| 105481 | MANORCARE HEALTH SERVICES | 375 NW 51ST STREET | BOCA RATON | FL | 33431 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to -- |
| 115246 | MANOR CARE REHABILITATION CENTER - DECATUR | 2722 NORTH DECATUR ROAD | DECATUR | GA | 30033 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to -- |
| 115283 | MANOR CARE REHABILITATION CENTER - MARIETTA | 4360 JOHNSON FERRY PLACE | MARIETTA | GA | 30068 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to -- |
| 165017 | MANORCARE HEALTH SERVICES | 1940 FIRST AVENUE NE | CEDAR RAPIDS | IA | 52402 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to -- |
| 165033 | MANORCARE HEALTH SERVICES | 815 EAST LOCUST STREET | DAVENPORT | IA | 52803 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to -- |
| 165034 | MANORCARE HEALTH SERVICES | 201 WEST RIDGEWAY AVENUE | WATERLOO | IA | 50701 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to -- |
| 165104 | MANORCARE HEALTH SERVICES | 901 WEST THIRD STREET | DUBUQUE | IA | 52001 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to -- |
| 165575 | MANORCARE HEALTH SERVICES-UTICA RIDGE | 3800 COMMERCE BLVD | DAVENPORT | IA | 52807 | HCR MANOR CARE SERVICES LLC | 2009-02-14 to -- |
| 165601 | MANORCARE HEALTH SERVICES -WEST DES MOINES | 5010 GRAND RIDGE DRIVE | WEST DES MOINES | IA | 50265 | HCR MANOR CARE SERVICES LLC | 2010-07-15 to -- |
| 145004 | MANORCARE OF ELGIN | 180 SOUTH STATE STREET | ELGIN | IL | 60123 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2016-01-04 |
| 145012 | HEARTLAND OF GALESBURG | 280 EAST LOSEY STREET | GALESBURG | IL | 61401 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to -- |
| 145021 | HEARTLAND OF MACOMB | 8 DOCTORS LANE | MACOMB | IL | 61455 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2021-09-01 |
| 145027 | HEARTLAND OF MOLINE | 833 SIXTEENTH AVENUE | MOLINE | IL | 61265 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to -- |
| 145031 | HEARTLAND OF NORMAL | 510 BROADWAY | NORMAL | IL | 61761 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2018-11-30 |
| 145038 | HEARTLAND OF DECATUR | 444 WEST HARRISON STREET | DECATUR | IL | 62526 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2019-09-01 |
| 145039 | HEARTLAND OF PEORIA | 5600 GLEN ELM DRIVE | PEORIA | IL | 61614 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2019-03-01 |
| 145043 | MANORCARE OF KANKAKEE | 900 WEST RIVER PLACE | KANKAKEE | IL | 60901 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2016-01-04 |

| Provider # | Nursing Home Name | ADDRESS | CITY | STATE | ZIP | Chain / Ownership | Confirmed Dates of Ownership |
|---|---|---|---|---|---|---|---|
| 145045 | MANORCARE OF NAPERVILLE | 200 MARTIN AVENUE | NAPERVILLE | IL | 60540 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2018-10-31 |
| 145087 | MANORCARE OF OAK LAWN WEST | 6300 WEST 95TH STREET | OAK LAWN | IL | 60453 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to -- |
| 145190 | HEARTLAND OF CHAMPAIGN | 309 EAST SPRINGFIELD | CHAMPAIGN | IL | 61820 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2019-05-01 |
| 145199 | MANORCARE OF ARLINGTON HEIGHTS | 715 WEST CENTRAL ROAD | ARLINGTON HTS | IL | 60005 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to -- |
| 145246 | MANORCARE OF HINSDALE | 600 WEST OGDEN AVENUE | HINSDALE | IL | 60521 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to -- |
| 145338 | MANORCARE OF WESTMONT | 512 EAST OGDEN AVENUE | WESTMONT | IL | 60559 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2019-01-01 |
| 145350 | MANORCARE OF ROLLING MEADOWS | 4225 KIRCHOFF ROAD | ROLLING MEADOWS | IL | 60008 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2018-10-31 |
| 145363 | MANORCARE OF OAK LAWN EAST | 9401 SOUTH KOSTNER AVENUE | OAK LAWN | IL | 60453 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to -- |
| 145524 | HEARTLAND OF RIVERVIEW | 500 CENTENNIAL DRIVE | EAST PEORIA | IL | 61611 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2018-10-31 |
| 145593 | MANORCARE OF LIBERTYVILLE | 1500 SOUTH MILWAUKEE AVENUE | LIBERTYVILLE | IL | 60048 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to -- |
| 145600 | HEARTLAND OF CANTON | 2081 NORTH MAIN STREET | CANTON | IL | 61520 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2018-11-30 |
| 145603 | HEARTLAND OF PAXTON | 1001 EAST PELLS STREET | PAXTON | IL | 60957 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2018-10-16 |
| 145607 | MANORCARE OF PALOS HEIGHTS EAST | 7850 WEST COLLEGE DRIVE | PALOS HEIGHTS | IL | 60463 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to -- |
| 145608 | MANORCARE OF SOUTH HOLLAND | 2145 EAST 170TH STREET | SOUTH HOLLAND | IL | 60473 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2018-10-31 |
| 145684 | MANORCARE OF HOMEWOOD | 940 MAPLE AVENUE | HOMEWOOD | IL | 60430 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to -- |
| 145689 | MANORCARE OF ELK GROVE VILLAGE | 1920 NERGE ROAD | ELK GROVE VILLAGE | IL | 60007 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to -- |
| 145893 | MANORCARE OF PALOS HEIGHTS WEST | 11860 SOUTHWEST HIGHWAY | PALOS HEIGHTS | IL | 60463 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to -- |
| 145932 | MANORCARE OF WILMETTE | 432 POPLAR DRIVE | WILMETTE | IL | 60091 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2016-01-04 |
| 145982 | MANORCARE OF NORTHBROOK | 3300 MILWAUKEE AVE. | NORTHBROOK | IL | 60062 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2018-12-27 |
| 155005 | MANORCARE HEALTH SERVICES | 1345 N MADISON AVE | ANDERSON | IN | 46011 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2016-01-31 |
| 155247 | MANORCARE HEALTH SERVICES | 8549 S MADISON AVE | INDIANAPOLIS | IN | 46227 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2021/6/30 |
| 155338 | MANORCARE HEALTH SERVICES - PRESTWICK | 445 S CR 525 E | AVON | IN | 46123 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2021-02-01 |
| 155618 | MANOR CARE HEALTH SERVICES SUMMER TRACE | 12999 N PENNSYLVANIA ST | CARMEL | IN | 46032 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2021/6/30 |
| 175168 | MANORCARE HEALTH SERVICES - WICHITA | 7101 E 21ST ST N | WICHITA | KS | 67206 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to 2018-11-30 |
| 175172 | MANORCARE HEALTH SERVICES - TOPEKA | 2515 SW WANAMAKER RD | TOPEKA | KS | 66614 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to 2018-11-30 |
| 215024 | MANOR CARE HEALTH SERVICES - HYATTSVILLE | 6500 RIGGS ROAD | HYATTSVILLE | MD | 20783 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to 2020-06-01 |
| 215029 | MANOR CARE HEALTH SERVICES - CHEVY CHASE | 8700 JONES MILL ROAD | CHEVY CHASE | MD | 20815 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to -- |
| 215048 | MANOR CARE HEALTH SERVICES - WHEATON | 11901 GEORGIA AVENUE | WHEATON | MD | 20902 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to -- |

| Provider # | Nursing Home Name | ADDRESS | CITY | STATE | ZIP | Chain / Ownership | Confirmed Dates of Ownership |
|---|---|---|---|---|---|---|---|
| 215054 | MANORCARE HEALTH SERVICES -TOWSON | 509 EAST JOPPA ROAD | TOWSON | MD | 21286 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to -- |
| 215064 | MANORCARE HEALTH SYSTEM - ADELPHI | 1801 METZEROTT ROAD | ADELPHI | MD | 20783 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to 2020-07-01 |
| 215069 | MANORCARE HEALTH SERVICES - DULANEY | 111 WEST ROAD | TOWSON | MD | 21204 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to 2018-06-30 |
| 215077 | MANORCARE HEALTH SERVICES - RUXTON | 7001 CHARLES STREET | TOWSON | MD | 21204 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to -- |
| 215095 | MANORCARE HEALTH SERVICES - BETHESDA | 6530 DEMOCRACY BOULEVARD | BETHESDA | MD | 20817 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to -- |
| 215109 | MANORCARE HEALTH SERVICES - ROSSVILLE | 6600 RIDGE ROAD | BALTIMORE | MD | 21237 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to -- |
| 215171 | MANORCARE HEALTH SERVICES - POTOMAC | 10714 POTOMAC TENNIS LANE | POTOMAC | MD | 20854 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to -- |
| 215224 | MANORCARE HEALTH SERVICES -SILVER SPRING | 2501 MUSGROVE ROAD | SILVER SPRING | MD | 20904 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to -- |
| 215301 | MANORCARE HEALTH SERVICES - ROLAND PARK | 4669 FALLS ROAD | BALTIMORE | MD | 21209 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to -- |
| 215331 | MANOR CARE HEALTH SERVICES - LARGO | 600 LARGO ROAD | LARGO | MD | 20774 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to 2020-08-01 |
| 215347 | MANORCARE HEALTH SERVICES - WOODBRIDGE VALLEY | 1525 NORTH ROLLING ROAD | CATONSVILLE | MD | 21228 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to 2018-06-30 |
| 235004 | HEARTLAND HEALTH CARE CENTER-KNOLLVIEW | 1061 W HACKLEY AVE | MUSKEGON | MI | 49441 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2018-07-10 |
| 235016 | HEARTLAND HEALTH CARE CENTER-JACKSON | 434 W NORTH ST | JACKSON | MI | 49202 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2017-01-31 |
| 235023 | HEARTLAND HEALTH CARE CENTER-BATTLE CREEK | 200 E ROOSEVELT | BATTLE CREEK | MI | 49017 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2021/6/30 |
| 235032 | HEARTLAND HEALTH CARE CENTER-IONIA | 814 E LINCOLN AVE | IONIA | MI | 48846 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2018-07-10 |
| 235057 | HEARTLAND HEALTH CARE CENTER-LIVONIA | 28550 FIVE MILE RD | LIVONIA | MI | 48154 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2021/6/30 |
| 235077 | HEARTLAND OF HOLLAND | 493 W 32ND ST | HOLLAND | MI | 49423 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2017-02-28 |
| 235103 | HEARTLAND HEALTH CARE CENTER-GRAND RAPIDS | 2320 E BELTLINE SE | GRAND RAPIDS | MI | 49546 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2018-07-10 |
| 235109 | HEARTLAND HEALTH CARE CENTER - GROSSE POINTE WOODS | 21401 MACK AVE | GROSSE POINTE WOODS | MI | 48236 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to -- |
| 235114 | HEARTLAND HEALTH CARE CENTER-KALAMAZOO | 3625 W MICHIGAN AVE | KALAMAZOO | MI | 49006 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2017-02-28 |
| 235139 | HEARTLAND HEALTH CARE CENTER-SAGINAW | 2901 GALAXY DR | SAGINAW | MI | 48601 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2017-01-31 |
| 235184 | HEARTLAND HEALTH CARE CENTER-BRIARWOOD | 3011 N CENTER RD | FLINT | MI | 48506 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to -- |
| 235206 | HEARTLAND HEALTH CARE CENTER-WHITEHALL | 916 E LEWIS ST | WHITEHALL | MI | 49461 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2018-07-10 |
| 235217 | HEARTLAND HEALTH CARE CENTER-BLOOMFIELD HILLS | 2975 N ADAMS ROAD | BLOOMFIELD HILLS | MI | 48304 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2018-07-10 |
| 235261 | HEARTLAND HEALTH CARE CENTER-GREENVIEW | 1700 LEONARD ST N E | GRAND RAPIDS | MI | 49505 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2018-07-10 |
| 235267 | MANORCARE NURSING AND REHABILITATION CENTER | 1225 WOODWARD AVENUE | KINGSFORD | MI | 49801 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to -- |
| 235351 | HEARTLAND HEALTH CARE CENTER-PLYMOUTH | 105 HAGGERTY RD | PLYMOUTH | MI | 48170 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2018-07-10 |
| 235365 | HEARTLAND HEALTH CARE CENTER - LIVONIA NE | 29270 MORLOCK | LIVONIA | MI | 48152 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2018-07-10 |

| Provider # | Nursing Home Name | ADDRESS | CITY | STATE | ZIP | Chain / Ownership | Confirmed Dates of Ownership |
|---|---|---|---|---|---|---|---|
| 235395 | HEARTLAND HEALTH CARE CENTER-THREE RIVERS | 517 S ERIE ST | THREE RIVERS | MI | 49093 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to -- |
| 235428 | HEARTLAND HEALTH CARE CENTER-DEARBORN HEIGHTS | 26001 FORD RD | DEARBORN HEIGHTS | MI | 48127 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to -- |
| 235439 | HEARTLAND HEALTH CARE CENTER-ALLEN PARK | 9150 ALLEN RD | ALLEN PARK | MI | 48101 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to -- |
| 235441 | HEARTLAND HEALTH CARE CENTER-CRESTVIEW | 625 36TH ST SW | WYOMING | MI | 49509 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2018-07-31 |
| 235487 | HEARTLAND-WEST BLOOMFIELD | 6950 FARMINGTON RD | WEST BLOOMFIELD | MI | 48322 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2018-07-10 |
| 235580 | HEARTLAND HEALTH CARE CENTER-ANN ARBOR | 4701 E. HURON RIVER DR | ANN ARBOR | MI | 48105 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to -- |
| 235618 | HEARTLAND HEALTH CARE CENTER-CANTON | 7025 LILLEY ROAD | CANTON | MI | 48187 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to -- |
| 235626 | HEARTLAND HEALTH CARE CENTER-OAKLAND | 925 W SOUTH BLVD | TROY | MI | 48085 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to -- |
| 235665 | HEARTLAND HEALTH CARE CENTER - STERLING HEIGHTS | 38200 SCHOENHERR ROAD | STERLING HEIGHTS | MI | 48312 | HCR MANOR CARE SERVICES LLC | 2013-07-12 to -- |
| 265112 | MANORCARE HEALTH SERVICES | 1200 GRAHAM ROAD | FLORISSANT | MO | 63031 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2018-08-07 |
| 265188 | MANORCARE HEALTH SERVICES | 2915 SOUTH FREMONT | SPRINGFIELD | MO | 65804 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2018-08-07 |
| 345177 | MANOR CARE HEALTH SVCS PINEHURST | 205 RATTLESNAKE TRAIL | PINEHURST | NC | 28374 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2018-07-25 |
| 355024 | MANOR CARE HEALTH SERVICES | 1315 S UNIVERSITY DR | FARGO | ND | 58103 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to 2018-10-23 |
| 355031 | MINOT HEALTH AND REHAB, LLC | 600 S MAIN ST | MINOT | ND | 58701 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to 2015-11-12 |
| 315005 | MANORCARE HEALTH SERVICES-NEW PROVIDENCE | 144 GALES DRIVE | NEW PROVIDENCE | NJ | 07974 | HCR MANOR CARE SERVICES LLC | 2008-07-01 to 2018-09-05 |
| 315246 | MANORCARE HEALTH SERVICES-WEST DEPTFORD | 550 JESSUP ROAD | WEST DEPTFORD | NJ | 08066 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to -- |
| 315259 | MANOR CARE MOUNTAINSIDE | 1180 ROUTE 22 WEST | MOUNTAINSIDE | NJ | 07092 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to -- |
| 315500 | MANORCARE HEALTH SERVICES - VOORHEES | 1086 DUMONT CIRCLE | VOORHEES | NJ | 08043 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to -- |
| 315506 | MANORCARE HEALTH SERVICES-WASHINGTON TOWNSHIP | 378 FRIES MILL ROAD | SEWELL | NJ | 08080 | HCR MANOR CARE SERVICES LLC | 2010-06-30 to -- |
| 295043 | MANOR CARE HEALTH SERVICES | 3101 PLUMAS | RENO | NV | 89509 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to 2018-08-09 |
| 295088 | MANOR CARE HEALTH SERVICES WINGFIELD HILLS | 2350 WINGFIELD HILLS DR | SPARKS | NV | 89436 | HCR MANOR CARE SERVICES LLC | 2010-03-03 to 2018-08-09 |
| 365186 | HEARTLAND OF MADEIRA | 5970 KENWOOD ROAD | CINCINNATI | OH | 45243 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2018-12-20 |
| 365206 | MCHS-WESTERVILLE | 140 OLD COUNTY LINE ROAD | WESTERVILLE | OH | 43081 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2018-12-20 |
| 365293 | HEARTLAND OF MT AIRY | 2250 BANNING ROAD | CINCINNATI | OH | 45230 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2016-12-29 |
| 365305 | MANORCARE HEALTH SERVICES-WILLOUGHBY | 37603 EUCLID AVE | WILLOUGHBY | OH | 44094 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to -- |
| 365310 | MANORCARE HEALTH SERVICES - NORTH OLMSTED | 23225 LORAIN RD | NORTH OLMSTED | OH | 44070 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2018-12-20 |
| 365315 | HEARTLAND VICTORIAN VILLAGE | 920 THURBER DRIVE WEST | COLUMBUS | OH | 43215 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2016-12-29 |
| 365316 | MANORCARE HEALTH SERVICES-AKRON | 1211 W MARKET ST | AKRON | OH | 44313 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2018-12-20 |

| Provider # | Nursing Home Name | ADDRESS | CITY | STATE | ZIP | Chain / Ownership | Confirmed Dates of Ownership |
|---|---|---|---|---|---|---|---|
| 365324 | MANORCARE HEALTH SVCS-BELDEN VILLAGE | 5005 HIGBEE AVENUE NW | CANTON | OH | 44718 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2018-12-20 |
| 365330 | HEARTLAND OF WAUSEON | 303 W LEGGETT ST | WAUSEON | OH | 43567 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2018-12-20 |
| 365340 | MANORCARE HEALTH SERVICES-BARBERTON | 85 THIRD STREET SE | BARBERTON | OH | 44203 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to -- |
| 365355 | MANORCARE HEALTH SERVICES-MAYFIELD HTS | 6757 MAYFIELD RD | MAYFIELD HEIGHTS | OH | 44124 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2018-12-20 |
| 365365 | HEARTLAND OF URBANA | 741 E WATER STREET | URBANA | OH | 43078 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2016-11-30 |
| 365374 | HEARTLAND OF BEAVERCREEK | 1974 NORTH FAIRFIELD ROAD | BEAVERCREEK | OH | 45432 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to -- |
| 365392 | MANORCARE HEALTH SERVICES-ROCKY RIVER | 4102 ROCKY RIVER DR | CLEVELAND | OH | 44135 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2016-12-29 |
| 365393 | HEARTLAND OF JACKSON | 8668 STATE ROUTE 93 | JACKSON | OH | 45640 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2018-12-20 |
| 365453 | HEARTLAND OF OREGON | 3953 NAVARRE AVE | OREGON | OH | 43616 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2018-12-20 |
| 365514 | HEARTLAND OF SPRINGFIELD | 2615 DERR ROAD | SPRINGFIELD | OH | 45503 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2018-12-20 |
| 365525 | HEARTLAND OF CENTERBURG | 212 FAIRVIEW AVENUE | CENTERBURG | OH | 43011 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2016-11-30 |
| 365532 | HEARTLAND OF GREENVILLE | 243 MARION DRIVE | GREENVILLE | OH | 45331 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2018-12-20 |
| 365535 | HEARTLAND OF PERRYSBURG | 10540 FREMONT PIKE RD | PERRYSBURG | OH | 43551 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to -- |
| 365557 | HEARTLAND OF EATON | 515 SOUTH MAPLE STREET | EATON | OH | 45320 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2016-12-29 |
| 365559 | HEARTLAND-LANSING | 68222 COMMERCIAL DRIVE | BRIDGEPORT | OH | 43912 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2016-12-29 |
| 365576 | HEARTLAND OF CHILLICOTHE | 1058 COLUMBUS ST | CHILLICOTHE | OH | 45601 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to -- |
| 365577 | HEARTLAND OF MARYSVILLE | 755 SOUTH PLUM STREET | MARYSVILLE | OH | 43040 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2016-12-29 |
| 365584 | HEARTLAND OF PORTSMOUTH | 20 EASTER DRIVE | PORTSMOUTH | OH | 45662 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2018-12-20 |
| 365594 | MANORCARE HEALTH SERVICES-EUCLID BEACH | 16101 EUCLID BEACH BLVD | CLEVELAND | OH | 44110 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2018-12-20 |
| 365607 | HEARTLAND OF PIQUA | 275 KIENLE DRIVE | PIQUA | OH | 45356 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2018-12-20 |
| 365611 | HEARTLAND OF WESTERVILLE | 1060 EASTWIND DRIVE | WESTERVILLE | OH | 43081 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to -- |
| 365615 | HEARTLAND OF BELLEFONTAINE | 221 NORTH SCHOOL STREET | BELLEFONTAINE | OH | 43311 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2018-12-20 |
| 365616 | HEARTLAND OF KETTERING | 3313 WILMINGTON PIKE | KETTERING | OH | 45429 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to -- |
| 365617 | HEARTLAND OF WATERVILLE | 8885 BROWNING DRIVE | WATERVILLE | OH | 43566 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2018-12-20 |
| 365619 | HEARTLAND OF BUCYRUS | 1170 W MANSFIELD STREET | BUCYRUS | OH | 44820 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to -- |
| 365620 | HEARTLAND OF RIVERVIEW | 7743 COUNTY ROAD 1 | SOUTH POINT | OH | 45680 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to -- |
| 365621 | HEARTLAND OF HILLSBORO | 1141 NORTHVIEW DRIVE | HILLSBORO | OH | 45133 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to -- |
| 365640 | HEARTLAND OF MIAMISBURG | 450 OAK RIDGE BOULEVARD | MIAMISBURG | OH | 45342 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to -- |

| Provider # | Nursing Home Name | ADDRESS | CITY | STATE | ZIP | Chain / Ownership | Confirmed Dates of Ownership |
|---|---|---|---|---|---|---|---|
| 365666 | HEARTLAND OF INDIAN LAKE REHAB | 14442 STATE ROUTE 33 WEST | LAKEVIEW | OH | 43331 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2016-11-30 |
| 365691 | HEARTLAND OF MENTOR | 8200 MENTOR HILLS DRIVE | MENTOR | OH | 44060 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to -- |
| 365738 | HEARTLAND OF WOODRIDGE | 3801 WOODRIDGE BOULEVARD | FAIRFIELD | OH | 45014 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2018-12-20 |
| 365780 | HEARTLAND OF MARIETTA | 5001 STATE ROUTE 60 | MARIETTA | OH | 45750 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to -- |
| 365849 | HEARTLAND - HOLLY GLEN | 4293 MONROE ST | TOLEDO | OH | 43606 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2018-12-20 |
| 366100 | HEARTLAND OF CENTERVILLE | 1001 ALEX BELL ROAD | CENTERVILLE | OH | 45459 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to -- |
| 366199 | HEARTLAND-FAIRFIELD NURSING CENTER | 7820 PLEASANTVILLE ROAD | PLEASANTVILLE | OH | 43148 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2016-12-29 |
| 366304 | HEARTLAND OF MARION | 400 BARKS ROAD WEST | MARION | OH | 43302 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to -- |
| 366343 | MANORCARE HEALTH SERVICES - PARMA | 9055 WEST SPRAGUE ROAD | PARMA | OH | 44133 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to -- |
| 366418 | HEARTLAND OF DUBLIN | 4075 WEST DUBLIN-GRANVILLE ROAD | DUBLIN | OH | 43017 | HCR MANOR CARE SERVICES LLC | 2014-07-22 to -- |
| 366419 | HEARTLAND OF TWINSBURG | 8551 DARROW ROAD | TWINSBURG | OH | 44087 | HCR MANOR CARE SERVICES LLC | 2014-08-26 to -- |
| 375042 | MANORCARE HEALTH SERVICES-NORTHWEST | 5301 N BROOKLINE | OKLAHOMA CITY | OK | 73112 | HCR MANOR CARE SERVICES LLC | 2008-06-01 to 2014-12-31 |
| 375094 | MANORCARE HEALTH SERVICES-TULSA | 2425 SOUTH MEMORIAL | TULSA | OK | 74129 | HCR MANOR CARE SERVICES LLC | 2008-06-01 to 2017-03-16 |
| 375098 | MANORCARE HEALTH SERVICES-MIDWEST CITY | 2900 PARKLAWN DRIVE | MIDWEST CITY | OK | 73110 | HCR MANOR CARE SERVICES LLC | 2008-06-01 to 2017-03-16 |
| 375135 | MANORCARE HEALTH SERVICES-SOUTHWEST | 5600 SOUTH WALKER | OKLAHOMA CITY | OK | 73109 | HCR MANOR CARE SERVICES LLC | 2008-06-01 to 2017-03-16 |
| 395037 | MANORCARE HEALTH SERVICES-KINGSTON COURT | 2400 KINGSTON COURT | YORK | PA | 17402 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to -- |
| 395041 | MANORCARE HEALTH SERVICES-ERIE | 3805 FIELD STREET | ERIE | PA | 16511 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to 2018-06-12 |
| 395068 | MANORCARE HEALTH SERVICES-PITTSBURGH | 550 SOUTH NEGLEY AVENUE | PITTSBURGH | PA | 15232 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to -- |
| 395199 | MANORCARE HEALTH SERVICES-LANCASTER | 100 ABBEYVILLE ROAD | LANCASTER | PA | 17603 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to -- |
| 395221 | DONAHOE MANOR | 136 DONAHOE MANOR ROAD | BEDFORD | PA | 15522 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to -- |
| 395249 | HAMPTON HOUSE | 1548 SANS SOUCI PARKWAY | WILKES BARRE | PA | 18702 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to 2021-05-30 |
| 395251 | MANORCARE HEALTH SERVICES-SHADYSIDE | 5609 FIFTH AVENUE | PITTSBURGH | PA | 15232 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to -- |
| 395264 | MANORCARE HEALTH SERVICES-WEST ALLEN | 535 NORTH 17TH STREET | ALLENTOWN | PA | 18104 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to -- |
| 395309 | MANORCARE HEALTH SERVICES-YORK SOUTH | 200 PAULINE DRIVE | YORK | PA | 17402 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to -- |
| 395344 | MANORCARE HEALTH SERVICES-POTTSVILLE | PULASKI AND LEADER DRIVES | POTTSVILLE | PA | 17901 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to 2021-05-30 |
| 395348 | MANORCARE HEALTH SERVICES-CHAMBERSBURG | 1070 STOUFFER AVENUE | CHAMBERSBURG | PA | 17201 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to -- |
| 395351 | MANORCARE HEALTH SERVICES-WEST READING NORTH | 425 BUTTONWOOD STREET | WEST READING | PA | 19611 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to -- |
| 395359 | MANORCARE HEALTH SERVICES-JERSEY SHORE | 1008 THOMPSON STREET | JERSEY SHORE | PA | 17740 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to -- |

| Provider # | Nursing Home Name | ADDRESS | CITY | STATE | ZIP | Chain / Ownership | Confirmed Dates of Ownership |
|---|---|---|---|---|---|---|---|
| 395364 | MANORCARE HEALTH SERVICES-WILLIAMSPORT NORTH | 300 LEADER DRIVE | WILLIAMSPORT | PA | 17701 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to 2021-05-30 |
| 395374 | MANORCARE HEALTH SERVICES-YEADON | LANSDOWNE AND LINCOLN AVE | YEADON | PA | 19050 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to 2021-05-30 |
| 395396 | MANORCARE HEALTH SERVICES-WILLIAMSPORT SOUTH | 101 LEADER DRIVE | WILLIAMSPORT | PA | 17701 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to 2021-05-30 |
| 395397 | MANORCARE HEALTH SERVICES-KINGSTON | 200 SECOND AVENUE | KINGSTON | PA | 18704 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to 2021-12-01 |
| 395402 | MANORCARE HEALTH SERVICES-POTTSTOWN | 724 NORTH CHARLOTTE ST | POTTSTOWN | PA | 19464 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to -- |
| 395429 | MANORCARE HEALTH SERVICES-BETHLEHEM (2021) | 2021 WESTGATE DRIVE | BETHLEHEM | PA | 18017 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to 2023-1-31 |
| 395440 | MANORCARE HEALTH SERVICES-CAMP HILL | 1700 MARKET STREET | CAMP HILL | PA | 17011 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to 2023-1-31 |
| 395442 | MANORCARE HEALTH SERVICES-YORK NORTH | 1770 BARLEY ROAD | YORK | PA | 17404 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to -- |
| 395451 | MANORCARE HEALTH SERVICES-DALLASTOWN | 100 WEST QUEEN STREET | DALLASTOWN | PA | 17313 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to -- |
| 395469 | MANORCARE HEALTH SERVICES-ELIZABETHTOWN | 320 SOUTH MARKET STREET | ELIZABETHTOWN | PA | 17022 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to 2018-07-17 |
| 395472 | MANORCARE HEALTH SERVICES-LEBANON | 900 TUCK STREET | LEBANON | PA | 17042 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to -- |
| 395477 | MANORCARE HEALTH SERVICES-LAURELDALE | 2125 ELIZABETH AVENUE | LAURELDALE | PA | 19605 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to -- |
| 395512 | MANORCARE HEALTH SERVICES-SUNBURY | 901 COURT STREET | SUNBURY | PA | 17801 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to 2023-1-31 |
| 395527 | MANORCARE HEALTH SERVICES-BETHLEHEM (2029) | 2029 WESTGATE DRIVE | BETHLEHEM | PA | 18017 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to 2023-1-31 |
| 395540 | MANORCARE HEALTH SERVICES-EASTON | 2600 NORTHAMPTON STREET | EASTON | PA | 18045 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to -- |
| 395541 | MANORCARE HEALTH SERVICES-SINKING SPRING | 3000 WINDMILL ROAD | SINKING SPRING | PA | 19608 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to -- |
| 395666 | MANORCARE HEALTH SERVICES-NORTHSIDE | 2170 RHINE STREET | PITTSBURGH | PA | 15212 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to 2021-06-30 |
| 395685 | MANORCARE HEALTH SERVICES - WALLINGFORD | 115 SOUTH PROVIDENCE ROAD | WALLINGFORD | PA | 19086 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to -- |
| 395731 | MANORCARE HEALTH SERVICES-BETHEL PARK | 60 HIGHLAND ROAD | BETHEL PARK | PA | 15102 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to -- |
| 395743 | MANORCARE HEALTH SERVICES-GREEN TREE | 1848 GREENTREE ROAD | PITTSBURGH | PA | 15220 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to 2023-1-31 |
| 395746 | MANORCARE HEALTH SERVICES-CARLISLE | 940 WALNUT BOTTOM ROAD | CARLISLE | PA | 17013 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to -- |
| 395760 | MANORCARE HEALTH SERVICES-ALLENTOWN | 1265 SOUTH CEDAR CREST BLVD | ALLENTOWN | PA | 18103 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to -- |
| 395783 | MANORCARE HEALTH SERVICES-PETERS TOWNSHIP | 113 WEST MCMURRAY ROAD | MCMURRAY | PA | 15317 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to -- |
| 395796 | MANORCARE HEALTH SERVICES-LANSDALE | 640 BETHLEHEM PIKE | MONTGOMERYVILLE | PA | 18936 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to 2023-1-31 |
| 395817 | MANORCARE HEALTH SERVICES-OXFORD VALLEY | 1480 OXFORD VALLEY ROAD | YARDLEY | PA | 19067 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to -- |
| 395826 | MANORCARE HEALTH SERVICES-NORTH HILLS | 1105 PERRY HIGHWAY | PITTSBURGH | PA | 15237 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to -- |
| 395834 | MANORCARE HEALTH SERVICES-KING OF PRUSSIA | 600 WEST VALLEY FORGE ROAD | KING OF PRUSSIA | PA | 19406 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to -- |
| 395913 | MANORCARE HEALTH SERVICES-HUNTINGDON VALLEY | 3430 HUNTINGDON PIKE | HUNTINGDON VALLEY | PA | 19006 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to -- |

| Provider # | Nursing Home Name | ADDRESS | CITY | STATE | ZIP | Chain / Ownership | Confirmed Dates of Ownership |
|---|---|---|---|---|---|---|---|
| 395989 | MANORCARE HEALTH SERVICES-MERCY FI | 600 SOUTH WYCOMBE AVE | YEADON | PA | 19050 | HCR MANOR CARE SERVICES LLC | 2008-06-01 to 2018-01-03 |
| 396003 | MANORCARE HEALTH SERVICES-MONROEVILLE | 885 MACBETH DRIVE | MONROEVILLE | PA | 15146 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to -- |
| 396066 | MANORCARE HEALTH SERVICES-WHITEHALL BOROUGH | 505 WEYMAN ROAD | PITTSBURGH | PA | 15236 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to -- |
| 396077 | OLD ORCHARD HEALTH CARE CENTER | 4100 FREEMANSBURG AVENUE | EASTON | PA | 18045 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to -- |
| 425008 | HEARTLAND OF COLUMBIA REHAB AND NURSING CENTER | 2601 FOREST DRIVE | COLUMBIA | SC | 29204 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to -- |
| 425106 | HEARTLAND HEALTH CARE CENTER - GREENVILLE EAST | 601 SULPHUR SPRINGS ROAD | GREENVILLE | SC | 29611 | HCR MANOR CARE SERVICES LLC | 2007-10-01 to -- |
| 425289 | HEARTLAND HEALTH AND REHABILITATION CARE CENTER-HA | 1800 EAGLE LANDING BLVD | HANAHAN | SC | 29406 | HCR MANOR CARE SERVICES LLC | 2007-10-01 to 2021-08-15 |
| 425294 | HEARTLAND HEALTH CARE CENTER - GREENVILLE WEST | 600 SULPHER SPRINGS ROAD | GREENVILLE | SC | 29611 | HCR MANOR CARE SERVICES LLC | 2007-10-01 to -- |
| 425362 | HEARTLAND OF WEST ASHLEY REHAB AND NURSING CENTER | 1137 SAM RITTENBURG BLVD | CHARLESTON | SC | 29407 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to 2021-08-20 |
| 435004 | MANORCARE HEALTH SERVICES | 400 8TH AVENUE NW | ABERDEEN | SD | 57401 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2018-07-17 |
| 455333 | MANORCARE HEALTH SERVICES | 7505 BELLERIVE | HOUSTON | TX | 77036 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2016-01-18 |
| 455457 | MANORCARE HEALTH SERVICES | 2129 SKYLINE DR | FORT WORTH | TX | 76114 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2018-09-01 |
| 455472 | MANORCARE HEALTH SERVICES | 750 W TEXAS AVE | WEBSTER | TX | 77598 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2016-01-18 |
| 455494 | MANORCARE HEALTH SERVICES | 7625 GLENVIEW DR | NORTH RICHLAND HILLS | TX | 76180 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2018-09-01 |
| 455742 | HEARTLAND CARE CENTER - SAN ANTONIO NORTH | 7703 BRIARIDGE | SAN ANTONIO | TX | 78230 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to 2016-01-18 |
| 455756 | MANORCARE HEALTH SERVICES - WEST HOUSTON | 2939 WOODLAND PARK DR | HOUSTON | TX | 77082 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to 2016-01-18 |
| 455762 | HEARTLAND OF SAN ANTONIO | ONE HEARTLAND DR | SAN ANTONIO | TX | 78247 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to -- |
| 455794 | HEARTLAND HEALTH CARE CENTER AT WILLOWBROOK | 13631 ARDFIELD DR | HOUSTON | TX | 77070 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to 2016-01-18 |
| 455798 | HEARTLAND HEALTH CARE CENTER | 2001 FOREST RIDGE DR | BEDFORD | TX | 76021 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to 2018-08-15 |
| 455799 | HEARTLAND HEALTHCARE CENTER | 11406 RUSTIC ROCK DRIVE | AUSTIN | TX | 78750 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to 2018-09-01 |
| 495011 | MANORCARE HEALTH SERVICES-ALEXANDRIA | 1510 COLLINGWOOD ROAD | ALEXANDRIA | VA | 22308 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to -- |
| 495045 | MANORCARE HEALTH SERVICES-RICHMOND | 2125 HILLIARD ROAD | RICHMOND | VA | 23228 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to -- |
| 495077 | HEARTLAND HEALTH CARE CENTER - LYNCHBURG | 2200 LANDOVER PLACE | LYNCHBURG | VA | 24501 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to -- |
| 495102 | MANORCARE HEALTH SERVICES-ARLINGTON | 550 SOUTH CARLIN SPRINGS ROAD | ARLINGTON | VA | 22204 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to -- |
| 495217 | MANORCARE HEALTH SERVICES-FAIR OAKS | 12475 LEE JACKSON MEMORIAL HIGHWAY | FAIRFAX | VA | 22033 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to -- |
| 495283 | MANORCARE HEALTH SERVICES-IMPERIAL | 1719 BELLEVUE AVENUE | RICHMOND | VA | 23227 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to -- |
| 505289 | MANOR CARE OF TACOMA WA, LLC | 5601 S ORCHARD STREET | TACOMA | WA | 98409 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to -- |
| 505319 | MANOR CARE HEALTH SERVICES | 3701 188TH STREET SOUTHWEST | LYNNWOOD | WA | 98037 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to -- |

| Provider # | Nursing Home Name | ADDRESS | CITY | STATE | ZIP | Chain / Ownership | Confirmed Dates of Ownership |
|---|---|---|---|---|---|---|---|
| 505322 | MANOR CARE HEALTH SERVICES-SPO | NORTH 6025 ASSEMBLY | SPOKANE | WA | 99205 | HCR MANOR CARE SERVICES LLC | 2007-12-21 to -- |
| 505522 | MANORCARE HEALTH SERVICES - SALMON CREEK | 2811 NE 139TH STREET | VANCOUVER | WA | 98686 | HCR MANOR CARE SERVICES LLC | 2011-10-26 to -- |
| 525009 | MANORCARE HEALTH SERVICES-EAST | 600 S WEBSTER AVE | GREEN BAY | WI | 54301 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2018-10-31 |
| 525179 | MANORCARE HEALTH SERVICES-KENOSHA | 3100 WASHINGTON RD | KENOSHA | WI | 53144 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2018-10-31 |
| 525219 | MANORCARE HEALTH SERVICES-PLATTEVILLE | 1300 N WATER ST | PLATTEVILLE | WI | 53818 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2018-10-31 |
| 525232 | MANORCARE HEALTH SERVICES-WEST | 1760 SHAWANO AVE | GREEN BAY | WI | 54303 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2018-10-31 |
| 525264 | MANORCARE HEALTH SERVICES | 1335 S ONEIDA ST | APPLETON | WI | 54915 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2021-04-01 |
| 525274 | MANORCARE HEALTH SERVICES | 265 S NATIONAL AVE | FOND DU LAC | WI | 54935 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2019-02-01 |
| 525335 | MANORCARE HEALTH SERVICES-SHAWANO | 1436 S LINCOLN ST | SHAWANO | WI | 54166 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2015-12-07 |
| 525646 | MANORCARE HEALTH SERVICES-PEWAUKEE | N26 W23977 WATERTOWN RD | WAUKESHA | WI | 53188 | HCR MANOR CARE SERVICES LLC | 2007-12-20 to 2018-10-31 |