IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF DELAWARE, STATE OF FLORIDA, STATE OF GEORGIA, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MARYLAND, STATE OF MICHIGAN, STATE OF NEVADA, STATE OF NEW JERSEY, STATE OF NORTH CAROLINA, STATE OF OKLAHOMA, STATE OF TEXAS, STATE OF WASHINGTON, and COMMONWEATH OF VIRGINIA, *ex rel.* JOHN DOE, | 16-cv-0851<br><br>**FILED UNDER SEAL** |
| Plaintiffs, | |
| v. | |
| HCR MANORCARE, INC., *et al.*, | |
| Defendants. | |

## ORDER

The United States having intervened in part—and having declined to intervene in part—of this qui tam action under the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), **IT IS ORDERED** that:

1. Relator's Complaint, any Amended Complaints (including but not limited to the Amended Complaint and the Second Amended Complaint), the United States' "Notice of Election to Intervene in Part, to Decline in Part, and to Take no Position on Several Facilities" (including the Notice's two exhibits), and this Order shall remain under seal until the date when the United States' Complaint-in-Intervention is due.

2. The United States shall serve its Complaint-in-Intervention on Defendants, together with this Order, within 60 days.

3. Relator shall serve its Complaint upon Defendants within 65 days.

4. All other papers or Orders on file in this action shall remain under seal.

5. As to the part of the action in which the United States has declined to intervene, the parties shall—after the United States and Relator have served their Complaints—serve upon the United States all pleadings and motions filed in that part of the action, including supporting memoranda, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled—at any time, for good cause—to intervene in the federal claims in that part of the action.

6. All Orders of this Court, and all notices of appeal, shall be sent to the United States.

7. Should Relator or the Defendants propose that the part of the action in which the United States has declined to intervene be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED,

This _____ day of _____, 2025.

BY THE COURT:

_____
KAREN SPENCER MARSTON, J.

**Copies to only**:

Gregory B. David
David A. Degnan
Gerald B. Sullivan
Assistant U.S. Attorneys
615 Chestnut St., Ste. 1250
Philadelphia, PA  19106-4476

Susan C. Lynch
Senior Counsel for Elder Justice
Robbin Lee
Trial Attorney
U.S. Department of Justice
175 N Street NE, Room 10.1815
Washington, DC  20002

Thomas W. Sheridan, Esq.
Sheridan & Murray LLC
424 S. Bethlehem Pike - Third Floor
Fort Washington, PA  19034

David T. Marks
Marks, Balette, Giessel & Young, P.L.L.C.
7521 Westview Dr.
Houston, TX 77055

Joseph Trautwein
Sheller, P.C.
1515 Market Street, Suite 1100
Philadelphia, PA 19102

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF DELAWARE, STATE OF FLORIDA, STATE OF GEORGIA, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MARYLAND, STATE OF MICHIGAN, STATE OF NEVADA, STATE OF NEW JERSEY, STATE OF NORTH CAROLINA, STATE OF OKLAHOMA, STATE OF TEXAS, STATE OF WASHINGTON, and COMMONWEATH OF VIRGINIA, *ex rel.* JOHN DOE,<br><br>  Plaintiffs,<br><br>v.<br><br>HCR MANORCARE, INC., *et al.*,<br><br>  Defendants. | 16-cv-0851<br><br>**FILED EX PARTE AND UNDER SEAL** |

**UNITED STATES' NOTICE OF ELECTION TO INTERVENE IN PART,
TO DECLINE IN PART, AND TO TAKE NO POSITION ON SEVERAL FACILITIES**

Under the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court of its decision to intervene in part of this qui tam action, to decline in part, and to take no position on some of the facilities at issue.

The United States intervenes in the part of the action in which Relator alleges—regarding nursing home operations for the four facilities identified in Exhibit 1 to this Notice, for the January 1, 2017 to December 31, 2023 period—that Defendants: (1) provided non-existent or grossly substandard services; and (2) certified to the United States that Defendants had complied with the laws applicable to nursing home operations at those four facilities.

As to remaining facilities that are the subject of Relator's federal False Claims Act allegations (facilities that are identified in Exhibit 2 to this Notice), the United States notifies the

Court that it is not intervening at this time on allegations that Defendants, at those facilities: (a) provided non-existent or grossly substandard services; and (b) certified to the Government that Defendants had complied with the laws applicable to nursing home operations.

The United States declines to intervene as to all other parties and all other allegations in Relator's Second Amended Complaint, including claims under various Plaintiff States' false claims statutes.

The United States respectfully requests that the seal on this action be extended a further 60 days in order to allow: (1) the United States to serve its Complaint-in-Intervention; and (2) the parties additional time potentially to reach a settlement of the claims in this case before the United States serves its Complaint.

Although the United States declines to intervene in a portion of the action, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows Relator to maintain the declined portion of the federal claims in the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Accordingly, the United States requests that, should either Relator or the Defendants propose that the federal claims part of the action in which the United States has not intervened be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, under 31 U.S.C. § 3730(c)(3), the United States requests that its counsel be not only served with all pleadings (including any notices of appeal) hereafter filed but also sent all Court-issued Orders, even as to the non-intervened part of this action. The United States reserves its right to order any deposition transcripts and to intervene at a later date, for good

cause, in the federal claims portion of the action in which the United States is declining to intervene today.

The United States reserves its right to seek dismissal of Relator's action or claims on any appropriate grounds, including under 31 U.S.C. §§ 3730(b)(5) and (e)(4).

Finally, the United States requests that Relator's Complaint, any Amended Complaints, this Notice (and its two exhibits), and the attached proposed Order remain under seal until the United States' Complaint-in-Intervention is due. The United States requests that all other papers on file in this action remain under seal (even after the Complaint-in-Intervention is due) because—in discussing the content and extent of the United States' investigation—such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed Order accompanies this Notice.

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

DAVID METCALF
United States Attorney

/s/ *Charlene Keller Fullmer*, for
GREGORY B. DAVID
Assistant United States Attorney
Chief, Civil Division

/s/ *Gerald B. Sullivan*
DAVID A. DEGNAN
GERALD B. SULLIVAN
Assistant United States Attorneys
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Telephone: 215-861-8522/8786
Fax: 215-861-8618

JAMIE YAVLEBERG
ANDY MAO
SUSAN LYNCH
ROBBIN LEE
Trial Attorneys, Civil Division
United States Department of Justice
175 N Street NE, Room 10.1321
Washington, DC  20002

Date: April 17, 2025

## **CERTIFICATE OF SERVICE**

I certify that on this 17th day of April 2025, I caused a copy of the above Notice and Proposed Order to be mailed, postage prepaid, by April 18, 2025 to Counsel for Relator at the following addresses:

Thomas W. Sheridan, Esq.
Sheridan & Murray LLC
424 S. Bethlehem Pike - Third Floor
Fort Washington, PA  19034

Joseph Trautwein, Esq.
Joseph Trautwein & Associates LLC
1777 Sentry Parkway West
Abington Hall, Suite 100
Blue Bell, PA  19422

David T. Marks, Esq.
Marks, Balette, Giessel & Young, PLLC
7521 Westview Drive
Houston, TX 77055

/s/ *Gerald B. Sullivan*
GERALD B. SULLIVAN
Assistant United States Attorney

Dated: April 17, 2025