**Exhibit 1**

| Facility Name | Prior Name | Street Address | City | State |
|---|---|---|---|---|
| PROMEDICA SKILLED NURSING & REHABILITATION (RIVERVIEW) | HEARTLAND OF RIVERVIEW | 7743 COUNTY ROAD 1 | SOUTH POINT | OH |
| POTTSTOWN SKILLED NURSING & REHABILITATION CENTER | MANORCARE HEALTH SERVICES - POTTSTOWN | 724 NORTH CHARLOTTE STREET | POTTSTOWN | PA |
| HEARTLAND HEALTH CARE CENTER - GREENVILLE EAST | HEARTLAND HEALTH CARE CENTER - GREENVILLE EAST | 601 SULPHUR SPRINGS ROAD | GREENVILLE | SC |
| ROSEDALE HEALTH & REHABILITATION | MANORCARE HEALTH SERVICES-IMPERIAL | 1719 BELLEVUE AVENUE | RICHMOND | VA |