**Exhibit 2**

| Current Name | Prior Name | City | State |
|---|---|---|---|
| ALIYA OF HOMEWOOD | MANORCARE OF HOMEWOOD | HOMEWOOD | IL |
| BEAUMONT REHABILITATION AND HEALTHCARE CENTER | MANORCARE HEALTH SERVICES | ANDERSON | IN |
| HARMONY WATERLOO | MANORCARE HEALTH SERVICES | WATERLOO | IA |
| MONTCARE AT WHEATON | MANOR CARE HEALTH SERVICES - WHEATON | WHEATON | MD |
| ADELPHI NURSING AND REHABILITATION CENTER | MANORCARE HEALTH SYSTEM - ADELPHI | ADELPHI | MD |
| AUTUMN LAKE HEALTHCARE AT RUXTON | MANORCARE HEALTH SERVICES - RUXTON | TOWSON | MD |
| ROSSVILLE REHABILITATION AND HEALTHCARE CENTER | MANORCARE HEALTH SERVICES - ROSSVILLE | BALTIMORE | MD |
| MAJESTIC CARE OF LIVONIA | HEARTLAND HEALTH CARE CENTER-LIVONIA | LIVONIA | MI |
| OPTALIS HEALTH AND REHABILITATION OF ALLEN PARK | HEARTLAND HEALTH CARE CENTER-ALLEN PARK | ALLEN PARK | MI |
| OPTALIS HEALTH AND REHAB OF STERLING HEIGHTS | HEARTLAND HEALTH CARE CENTER - STERLING HEIGHTS | STERLING HEIGHTS | MI |
| LEGACY BARBERTON | MANORCARE HEALTH SERVICES-BARBERTON | BARBERTON | OH |
| NORTHWEST NURSING CENTER | MANORCARE HEALTH SERVICES-NORTHWEST | OKLAHOMA CITY | OK |
| POTTSVILLE REHABILITATION AND NURSING CENTER | MANORCARE HEALTH SERVICES-POTTSVILLE | POTTSVILLE | PA |
| YEADON REHABILITATION AND NURSING CENTER | MANORCARE HEALTH SERVICES-YEADON | YEADON | PA |
| KINGSTON REHABILITATION AND NURSING CENTER | MANORCARE HEALTH SERVICES-KINGSTON | KINGSTON | PA |
| SUNBURY SKILLED NURSING AND REHABILITATION CENTER | MANORCARE HEALTH SERVICES-SUNBURY | SUNBURY | PA |
| CARLISLE SKILLED NURSING AND REHABILITATION CENTER | MANORCARE HEALTH SERVICES-CARLISLE | CARLISLE | PA |
| MONROEVILLE SKILLED NURSING AND REHABILITATION CTR | MANORCARE HEALTH SERVICES-MONROEVILLE | MONROEVILLE | PA |
| VIVIANT HEALTHCARE OF CHARLESTON | HEARTLAND OF WEST ASHLEY REHAB AND NURSING CENTI | CHARLESTON | SC |
| FAIR OAKS HEALTH & REHABILITATION | MANORCARE HEALTH SERVICES-FAIR OAKS | FAIRFAX | VA |