IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF DELAWARE, STATE OF FLORIDA, STATE OF GEORGIA, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF MARYLAND, STATE OF MICHIGAN, STATE OF NEVADA, STATE OF NEW JERSEY, STATE OF NORTH CAROLINA, STATE OF OKLAHOMA, STATE OF TEXAS, STATE OF WASHINGTON, and COMMONWEATH OF VIRGINIA, *ex rel.* JOHN DOE, <br><br> Plaintiffs, <br><br> v. <br><br> HCR MANORCARE, INC., *et al.*, <br><br> Defendants. | 16-cv-851 <br><br> **FILED UNDER SEAL** |

**ORDER**

AND NOW, this 14th day of July 2025, upon consideration of the United States' "Motion to Extend by Six Weeks the Seal and Time to File and Serve a Complaint in Intervention," it is hereby ORDERED as follows:

1. The Motion (Doc. No. 69) is GRANTED.

2. Relator's Second Amended Complaint, the United States' Notice of Election to Intervene in Part and to Decline in Part (Doc. No. 63), this Order, and the Court's April 22, 2025 Order (Doc. No. 64) shall remain under seal until the date when the United States' Complaint-in-Intervention is due. (All other papers or Orders on file in this action shall remain under seal beyond that date.)

3. The United States shall file its Complaint in Intervention by August 29, 2025.

4. The United States shall serve its Complaint in Intervention on Defendants, together with this Order and the Court's April 22, 2025 Order (Doc. No. 64), by August 29, 2025.

5. The Clerk of the Court shall deliver a copy of this Order to <u>only</u>: (a) counsel for the United States; and (b) counsel for the Relator. **No copy of this Order shall be sent to the Defendants**.

IT IS SO ORDERED.

BY THE COURT:

/s/ *Karen Spencer Marston*

KAREN SPENCER MARSTON, J.

**<u>Copies to only</u>:**

Gregory B. David
David A. Degnan
Gerald B. Sullivan
Assistant U.S. Attorneys
615 Chestnut St., Ste. 1250
Philadelphia, PA  19106-4476

Susan C. Lynch
Senior Counsel for Elder Justice
Robbin Lee
Trial Attorney
U.S. Department of Justice
175 N Street NE, Room 10.1815
Washington, DC  20002

Thomas W. Sheridan, Esq.
Sheridan & Murray LLC
424 S. Bethlehem Pike - Third Floor
Fort Washington, PA  19034

David T. Marks
Marks, Balette, Giessel & Young, P.L.L.C.
7521 Westview Dr.
Houston, TX 77055

Joseph Trautwein
Sheller, P.C.
1515 Market Street, Suite 1100
Philadelphia, PA 19102