AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | |
|---|---|
| UNITED STATES OF AMERICA <br> *Intervenor Plaintiff(s)* <br> v. <br> (See attached list of defendants) <br> *Defendant(s)* | Civil Action No.   2:16-cv-00851 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the intervenor plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the intervenor plaintiff or intervenor plaintiff's attorney, whose name and address are:
GREGORY B. DAVID
U.S. ATTORNEY'S OFFICE
615 CHESTNUT ST.
SUITE 1250
PHILADELPHIA, PA  19106

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   8/28/2025

*s/Michele DiNapoli*
*Signature of Clerk or Deputy Clerk*

**George Wylesol, Clerk of Court**
**U.S. District Court, Eastern District of PA**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:16-cv-00851

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**2:16-cv-00851**

**List of defendants:**

Defendant
HCR MANORCARE, INC.

Defendant
MANOR CARE, INC.

Defendant
HCR-MANOR CARE SERVICES, LLC

Defendant
HEARTLAND EMPLOYMENT SERVICES, LLC

Defendant
PROMEDICA HEALTH SYSTEMS, INC.
*THEIR SUCCESSOR AND ASSIGN*

Intervenor Defendant
PROMEDICA EMPLOYMENT SERVICES, LLC

Intervenor Defendant
HEARTLAND-RIVERVIEW OF SOUTH POINT OH, LLC

Intervenor Defendant
OAKMONT EAST-GREENVILLE SC, LLC

Intervenor Defendant
MANOR CARE OF POTTSTOWN PA, LLC

Intervenor Defendant
MANOR CARE-IMPERIAL OF RICHMOND VA, LLC