**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA et al., ex rel. LUVETTA COMPTON and JAMES BONNER<br><br>Plaintiffs,<br><br>v.<br><br>HCR MANORCARE, INC. et al.<br><br>Defendants. | Case No. 16-cv-851 KSM |

**DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Manor Care, Inc., by and through its undersigned counsel, respectfully discloses and represents as follows:

Defendant Manor Care, Inc. was a corporation organized under the laws of the state of Delaware. On July 26, 2018, Manor Care, Inc. was merged with HCR ManorCare Heartland, LLC. No publicly-held corporation owned 10% or more interest in Manor Care, Inc.'s stock.

Dated: July 7, 2026

Respectfully submitted,

*/s/ Jeffrey R. Melton*

Jeffrey R. Melton, Esq.
Attorney ID. No. 209037
**REED SMITH LLP**
1717 Arch St #3100
Philadelphia, PA 19103
(215) 851-1459
jmelton@reedsmith.com

Katherine J. Seikaly, admitted *pro hac vice*
**REED SMITH LLP**
7900 Westpark Drive, Suite T700
Mclean VA 22102
kseikaly@reedsmith.com
Anthony R. Todd, admitted *pro hac vice*
**REED SMITH LLP**
10 S. Wacker Drive, Ste. 4000
Chicago, IL 60606
atodd@reedsmith.com

Michael Kendall, admitted *pro hac vice*
Abigail Mahoney, admitted *pro hac vice*
**WHITE & CASE LLP**
75 State Street
Boston, MA 02109-1814
Telephone: (617) 979-9310
michael.kendall@whitecase.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing Disclosure Statement Pursuant to Fed. R. Civ. P. 7.1 was electronically filed via the Court's ECF system, which will cause notice to be delivered to all counsel of record.

Dated: July 7, 2026

*/s/ Jeffrey R. Melton*

Jeffrey R. Melton, Esq.
Attorney ID. No. 209037
**REED SMITH LLP**
1717 Arch St #3100
Philadelphia, PA 19103
(215) 851-1459
jmelton@reedsmith.com